## Joseph Cutler *vs.* Ebenezer Grover.

If a Judge of the Court of Common Pleas reject a report of referees, appointed under a rule of that Court, because of improper management with them by a party, and discharge the rule; these are discretionary acts, and furnish no cause for exceptions.

Exceptions from the Court of Common Pleas, Smith J. presiding.

The parties referred their demands by rule of Court, and when the report came in, which was in favor of the defendant, its acceptance was opposed by the plaintiff on the ground of improper management with the referees by the defendant. Several witnesses were examined, whose testimony was given at length in the excep-

tions ; and thereupon the Judge refused to accept the report, and discharged the rule.　To this the defendant excepted.

*Hobbs*, for the defendant, cited *Graves* v. *Fisher*, 5 *Greenl.* 69.

*R. K. Porter*, for the plaintiff, contended, that this was not matter for exceptions, and that if it was, that the Judge decided rightly ; and cited *Knight* v. *Freeport*, 13 *Mass. R.* 218.

The opinion of the Court was drawn up by

WESTON C. J.— Whether the report should be accepted or rejected, upon the evidence adduced in the Court below, depended upon the discretion of the Judge.　There is no proper ground, upon which we can set aside his judgment, and substitute our own. *Walker* v. *Sanborn*, 8 *Greenl.* 288.

*Exceptions overruled.*